Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CASTRO SANTACRUZ,<br><br>Defendant. | No. CR18-174 RAJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Fernando Castro Santacruz.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to Defendant Fernando Castro Santacruz are dismissed without prejudice. The outstanding warrant shall be quashed.

DATED this 9th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

*Order of Dismissal* - 1
*U.S. v. Fernando Castro Santacruz; CR18-174 RAJ*

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington
(206) 553-7970